Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**
**VA 2-406-342**
**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024

## Title

| | |
|---|---|
| Title of Work: | "Tucson" collection - 497 Terracotta |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2015 |
| Date of 1st Publication: | April 06, 2015 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Elizabeth's Studio LLC |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Elizabeth's Studio LLC |
| | 440 South Main Street, suite 3, Milltown, NJ, 08850, United States |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Elizabeth's Studio LLC |
| Name: | Elizabeth Shnayder |
| Email: | eshnayder@elizabethsstudio.com |
| Address: | 440 South Main Street |
| | suite 3 |
| | Milltown, NJ 08850 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-418-713**

**Effective Date of Registration:**
June 05, 2024

**Registration Decision Date:**
October 21, 2024

---

## Title

        **Title of Work:** "Tucson" collection - 497 Gray

## Completion/Publication

        **Year of Completion:** 2015
        **Date of 1st Publication:** April 06, 2015
        **Nation of 1st Publication:** United States

## Author

        • **Author:** Elizabeth's Studio LLC
        **Author Created:** 2-D artwork
        **Work made for hire:** Yes
        **Citizen of:** United States

## Copyright Claimant

        **Copyright Claimant:** Elizabeth's Studio LLC
        440 South Main Street, suite 3, Milltown, NJ, 08850, United States

## Rights and Permissions

        **Organization Name:** Elizabeth's Studio LLC
        **Name:** Elizabeth Shnayder
        **Email:** eshnayder@elizabethsstudio.com
        **Address:** 440 South Main Street
        suite 3
        Milltown, NJ 08850 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-406-343**

**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024



## Title

**Title of Work:** "Tucson" collection - 536 Turquoise

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 10, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Elizabeth's Studio LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Elizabeth's Studio LLC
440 South Main Street, suite 3, Milltown, NJ, 08850, United States

## Rights and Permissions

**Organization Name:** Elizabeth's Studio LLC
**Name:** Elizabeth Shnayder
**Email:** eshnayder@elizabethsstudio.com
**Address:** 440 South Main Street
suite 3
Milltown, NJ 08850 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-406-344**

**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024

---

## Title

    **Title of Work:** "Native Spirit" collection - 531 Turquoise

## Completion/Publication

    **Year of Completion:** 2016
    **Date of 1st Publication:** June 27, 2016
    **Nation of 1st Publication:** United States

## Author

    • **Author:** Elizabeth's Studio LLC
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Elizabeth's Studio LLC
    440 South Main Street, suite 3, Milltown, NJ, 08850, United States

## Rights and Permissions

    **Organization Name:** Elizabeth's Studio LLC
    **Name:** Elizabeth Shnayder
    **Email:** eshnayder@elizabethsstudio.com
    **Address:** 440 South Main Street
    suite 3
    Milltown, NJ 08850 United States

## Certification

Page 1 of 2

